U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 16 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ODIE LEE BROWN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-CV-4756-P |
| ) | |
| CAMERON CUMMINS, ) | |
|     Defendant. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 16th day of June, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE